stay is dismissed, without costs. Jenks, P. J., Carr and Woodward, JJ., concurred; Thomas, J., dissented.

Home Trust Company of New York, Respondent, v. Georgia L. Collins and Others, Defendants, Impleaded with Orlando S. Richards and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Caleb J. S. Horton, Respondent v. Carlo Petrillo, Jr., Also Known as Carlo Petrillo, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

In the Matter of the Application of the New York, Westchester and Boston Railway Company, Respondent, to Acquire Title to Real Property of Selina Weeks, Appellant.— Order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Abraham Lachmann and Jacob Lachmann, Respondents, v. The People of the State of New York and Others, Defendants, Impleaded with Kate M. Brookfield, Appellant.— Final judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

James McGough, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Rodman J. Pearson, Appellant, v. William L. Reed and "Mary" Reed, Wife of William L. Reed, the Name "Mary" Being Fictitious, Respondents.— Judgment reversed, without costs, and case remitted to the Special Term for formal decision. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Daniel Merritt, Appellant.— Judgment of conviction of the County Court of Westchester county reversed and new trial ordered, for errors committed on the trial, as shown at folios 40, 79 and 100 of the record. Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., and Hirschberg, J., dissented, upon the ground that the errors were not capital.

The People of the State of New York ex rel. Charles E. Victory, Jr., Respondent, v. Allen N. Spooner, as Commissioner of the Department of Docks and Ferries of the City of New York, Appellant.— Final order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Ingefrid Ramstrom, Plaintiff, v. Barnes Manufacturing Company and John Magner, Defendants.— Plaintiff's exceptions overruled, and judgment directed for the defendants, dismissing the complaint, with costs, on the ground that there is no proof in the record that the driver of the truck in question was in the employment of the defendants. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Harry C. Schlappendorf, Respondent, v. American Railway Traffic Company, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Lamar B. Seeley, Appellant, v. Andrew B. Hammond, Respondent.—